UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO. 07-179

TY PAYTON                                             SECTION "B"

                            **ORDER & REASONS**

Considering Defendant Ty Payton's "Motion for Appointment of Lawyer" (Rec. Doc. 423),

**IT IS ORDERED** that the Motion is **DENIED.** Defendant seeks appointed counsel to file an appeal based on the recent United States Supreme Court decision in *Sessions v. Dimaya*. Rec. Doc. 423. However, **the Fifth Circuit has already found that Defendant's reliance on *Johnson* and *Beckles* is unavailing because neither decision disqualified his predicate carjacking conviction as a crime of violence for purposes of his 18 U.S.C. § 924(c)(1) conviction.** Rec. Doc. 405. Additionally, the statutory requirement for the allowance of an indigent's appeal is the applicant's "good faith." 28 U.S.C. § 1915. "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." *Ellis v. United States*, 356 U.S. 674, 674, 78 S. Ct. 974, 975 (1958) (citing *Farley v. United States*, 354 U.S. 521 (1957). Here, we find Defendant's anticipated "Dimaya Lynch" motion to be wholly frivolous as the *Sessions v. Dimaya*, 584 U.S. (2018) is unrelated to Defendant Payton's sentence as it held that 18 U.S.C. § 16(b), a statute defining certain "aggravated felonies" **for immigration purposes,** is

unconstitutionally vague. *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018). Further, Defendant filed multiple baseless appeals to this Court and the Fifth Circuit regarding his current sentence that have been repeatedly denied on the merits. Abuse of the judicial process leads to the instant result.

New Orleans, Louisiana, this 10th day of May, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE